IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIAM R. JACKSON, | ) |
| | ) |
| Plaintiff,[1] | ) |
| | ) |
| v. | ) |
| | )   CV 326-014 |
| GEORGIA DEPARTMENT OF | ) |
| CORRECTIONS; ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS; | ) |
| GOVERNORS OFFICE OF GEORGIA; | ) |
| GEORGIA DEPARTMENT OF LAW; | ) |
| GEORGIA BOARD OF PARDONS AND | ) |
| PAROLES; NATIONAL ASSOCIATION | ) |
| OF EXTRADITION OFFICIALS; and | ) |
| CORECIVIC, INC., Wheeler Facility, | ) |
| | ) |
| Defendants. | ) |

_____

**O R D E R**

_____

Objections to this Report and Recommendation must be filed by no later than April 6, 2026, must specify each proposed finding of fact and conclusion of law to which objection is made, must state the bases for each such objection, and must be served upon all parties. Failure to file objections by this deadline may result in this Report and Recommendation becoming the opinion and order of the Court. Devine v. Prison Health Servs., Inc., 212 F. App'x 890,

---

[1]Although Plaintiff lists Crystal L. Moon as a Plaintiff in the caption of his complaint, she did not sign the Complaint, and in fact is identified by Plaintiff Jackson as "a witness or adverse witness." (Doc. no. 1, p. 5; see also pp. 15, 16 (identifying Crystal Moon as witness).) Accordingly, the Court **DIRECTS** the **CLERK TO TERMINATE** Ms. Moon as a plaintiff and update the docket in accordance with the above caption.

892 (11th Cir. 2006) (*per curiam*).   Failure to object to any proposed finding of fact or conclusion of law waives the right to challenge on appeal the district court's adoption of each such factual finding or legal conclusion.   11th Cir. R. 3-1.   The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on April 7, 2026.

Requests for extension of time to file objections shall be filed with the Clerk of Court for consideration by the undersigned.   A party may not appeal this Report and Recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment.

SO ORDERED this 19th day of March, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2