IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION



Filed
Clerk of Court
United States District Court
By Morgan Akins
On: _____4/22/2026_____

| | | |
|---|---|---|
| WILLIAM R. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV 326-014 |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS; ILLINOIS | ) | |
| DEPARTMENT OF CORRECTIONS; | ) | |
| GOVERNORS OFFICE OF GEORGIA; | ) | |
| GEORGIA DEPARTMENT OF LAW; | ) | |
| GEORGIA BOARD OF PARDONS AND | ) | |
| PAROLES; NATIONAL ASSOCIATION | ) | |
| OF EXTRADITION OFFICIALS; and | ) | |
| CORECIVIC, INC., Wheeler Facility, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this case without prejudice, and **CLOSES** this civil action. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this _22nd_ day of April, 2026, at Augusta, Georgia.

_____

UNITED STATES DISTRICT JUDGE